UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC. and ARK ENCOUNTER, LLC<br><br>Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) Inc.;  ALLIED WORLD ASSURANCE COMPANY HOLDINGS GmbH; CERTAIN UNDERWRITERS AT LLOYD'S; HDI GLOBAL SPECIALTY SE; BLACKBOARD SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA<br><br>Defendants. | Civil Action No. 2:19-cv-00064-DLB-CJS<br><br>Judge David L. Bunning |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Crosswater Canyon, Inc. makes the following disclosure: Plaintiff is a privately held corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

*/s/ Steven C. Coffaro*
Steven C. Coffaro (KBA No. 86202)
Amanda B. Stubblefield (KBA No. 96213)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone: 513-579-6400
Fax: 513-579-6457
steve.coffaro@kmklaw.com
astubblefield@kmklaw.com

*Attorneys for Plaintiffs, Crosswater Canyon, Inc. and Ark Encounter, LLC*

1

OF COUNSEL:

Pamela M. Hodge (KBA No. 83351)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513-579-6400

## CERTIFICATE OF SERVICE

     I certify that the foregoing pleading was filed electronically using the Court's CM/ECF system on May 22, 2019, which will cause notice to be delivered electronically to all parties or counsel of record. A copy will also be mailed to Defendants with the Summons and Complaint.

                                           */s/ Steven C. Coffaro*
                                           Steven C. Coffaro

9202405.1