# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC. and ARK ENCOUNTER, LLC<br><br>    Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) Inc.; ALLIED WORLD ASSURANCE COMPANY HOLDINGS GmbH; CERTAIN UNDERWRITERS AT LLOYD'S; HDI GLOBAL SPECIALTY SE; BLACKBOARD SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA<br><br>    Defendants. | **Civil Action No. 2:19-cv-00064-DLB-CJS**<br><br>**Judge David L. Bunning** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ark Encounter, LLC makes the following disclosure: Plaintiff is an unincorporated association that is privately held, and no publicly held corporation owns ten percent (10%) or more of its membership interests.

Respectfully submitted,

/s/ *Steven C. Coffaro*
Steven C. Coffaro (KBA No. 86202)
Amanda B. Stubblefield (KBA No. 96213)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone: 513-579-6400
Fax: 513-579-6457
steve.coffaro@kmklaw.com
astubblefield@kmklaw.com

*Attorneys for Plaintiffs, Crosswater Canyon, Inc. and Ark Encounter, LLC*

1

OF COUNSEL:

Pamela M. Hodge (KBA No. 83351)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone: 513-579-6400

## CERTIFICATE OF SERVICE

    I certify that the foregoing pleading was filed electronically using the Court's CM/ECF system on May 22, 2019, which will cause notice to be delivered electronically to all parties or counsel of record.  A copy will also be mailed to Defendants with the Summons and Complaint.

                                              */s/ Steven C. Coffaro*
                                              Steven C. Coffaro

9202463.1