UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC., and ARK ENCOUNTER, LLC, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| ALLIED WORD ASSURANCE COMPANY (U.S.), INC.; ALLIED WORLD ASSURANCE COMPANY HOLDINGS GmbH; CERTAIN UNDERWRITERS AT LLOYD'S; HDI GLOBAL SPECIALTY SE; BLACKBOARD SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) |
| *Defendants.* | ) |

Civil Action No.
2:19-cv-00064-DLB-CJS

## AGREED ORDER FOR EXTENSION OF TIME

The parties having conferred and agreed, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that Defendants shall have up to and through **July 19, 2019**, to file a responsive pleading to Plaintiffs' Complaint (DN: 1).

Dated this 3rd day of July, 2019.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

**HAVE SEEN AND AGREED:**

/s/ Amanda B. Stubblefield (with permission)
Steven C. Coffaro
Amanda B. Stubblefield
Pamela M. Hodge
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513.579.6400
Fax: 513.579.6457
steve.coffaro@kmklaw.com
astubblefield@kmklaw.com
*Counsel for Plaintiffs*


/s/ Edward M. O'Brien
James M. Burd
Edward M. O'Brien
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
Fax: 502.238.7995
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com
*Counsel for Defendants Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., and General Security Indemnity Company of Arizona*


/s/ Cheryl L. Mondo (with permission)
Peter E. Kanaris
Cheryl L. Mondi
Kanaris, Stubenvoll & Heiss, P.C.
One South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312.879.1508
Fax: 312.474.1410
pkanaris@kshlaw.com
cmondi@kshlaw.com
*Counsel for Defendants Allied World Assurance Company (U.S.), Inc., and Allied World Assurance Company Holdings GmbH*