UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC., and ARK ENCOUNTER, LLC, | ) ) ) |
| *Plaintiffs*, | ) ) Civil Action No. ) 2:19-cv-00064-DLB-CJS |
| v. | ) ) |
| ALLIED WORD ASSURANCE COMPANY (U.S.), INC.; CERTAIN UNDERWRITERS AT LLOYD'S; HDI GLOBAL SPECIALTY SE; BLACKBOARD SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) |
| *Defendants.* | ) |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendants Certain Underwriters at Lloyd's; HDI Global Specialty SE; Blackboard Specialty Insurance Company; and General Security Indemnity Company of Arizona hereby notify the Court and all parties that they have today served the Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) upon all parties to this action via electronic mail and regular U.S. Mail.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ *Edward M. O'Brien*
James M. Burd
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com
*Counsel for Defendants Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., and General Security Indemnity Company of Arizona*

10104035v.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on September 6, 2019, with the Clerk of the U.S. District Court for the Eastern District of Kentucky using the CM/ECF system, which will send notice of filing to all counsel of record in this case.

/s/ Edward M. O'Brien
*Counsel for Defendants Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., and General Security Indemnity Company of Arizona*