UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| CROSSWATER CANYON, INC., and | ) | |
| ARK ENCOUNTER, LLC, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Civil Action No. |
| | ) | 2:19-cv-00064-DLB-CJS |
| v. | ) | |
| | ) | |
| ALLIED WORD ASSURANCE COMPANY | ) | |
| (U.S.), INC.; CERTAIN UNDERWRITERS | ) | |
| AT LLOYD'S; HDI GLOBAL | ) | |
| SPECIALTY SE; BLACKBOARD SPECIALTY | ) | |
| INSURANCE COMPANY; and | ) | |
| GENERAL SECURITY INDEMNITY | ) | |
| COMPANY OF ARIZONA, | ) | |
| | ) | |
| *Defendants.* | ) | |

## RESPONSE OF CERTAIN DEFENDANTS TO AND JOINDER IN ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.'S MOTION TO BIFURCATE

Defendants Certain Underwriters at Lloyd's; HDI Global Specialty SE; Blackboard Specialty Insurance Company; and General Security Indemnity Company of Arizona, for their Response to Allied World Assurance Company (U.S.) Inc.'s ("Allied") Motion to Bifurcate (DN: 21), state that they agree with and join in Allied's Motion.

Whether Plaintiffs are entitled to coverage for their claimed damages is a threshold and potentially dispositive issue. If Plaintiffs do not prevail on that issue, their bad-faith claim fails. Proceeding first with the underlying claim is in the interest of judicial economy, will prevent potentially unnecessary litigation expenses, and avoid the prejudice to these Defendants inherent in permitting discovery on and litigation of the bad-faith claim before resolution of the ultimate issue of coverage. It is also a course repeatedly endorsed and followed by courts in this District confronted with these types of claims. Accordingly, these Defendants join in and adopt the sound

10243500v.1

arguments made by Allied in support of its motion, and respectfully ask that the Court bifurcate the contractual and extra-contractual claims and stay discovery on the latter claim pending resolution of the coverage issue.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ Edward M. O'Brien
James M. Burd
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502.238.8500
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com
*Counsel for Defendants Certain Underwriters at Lloyd's,*
*Global Specialty SE, Blackboard Specialty Insurance Co.,*
*and General Security Indemnity Company of Arizona*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on October 21, 2019, with the Clerk of the U.S. District Court for the Eastern District of Kentucky using the CM/ECF system, which will send notice of filing to all counsel of record in this case.

/s/ Edward M. O'Brien
*Counsel for Defendants Certain Underwriters at Lloyd's,*
*Global Specialty SE, Blackboard Specialty Insurance Co.,*
*and General Security Indemnity Company of Arizona*

2