**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 19-64-DLB-CJS**

**CROSSWATER CANYON, INC., et al.**                                                              **PLAINTIFFS**

v.                                                   **ORDER**

**ALLIED WORLD ASSURANCE COMPANY (U.S.) INC., et al.**                    **DEFENDANTS**

* * * * * * * * * * * *

This matter is before the Court on Allied World Assurance Company (U.S.) Inc.'s Motion to Bifurcate (R. 21) and the joinder in that motion by Defendants Certain Underwriters at Lloyd's, HDI Global Specialty SE, Blackboard Specialty Insurance Company, and General Security Indemnity Company of Arizona (R. 24). After reviewing the parties' briefs on the motion, the Court concludes that oral argument would be beneficial; accordingly,

**IT IS ORDERED** that oral argument on Defendants' Motion to Bifurcate (R. 21; R. 24) will be held on **Wednesday, February 5, 2020, at 10:30 a.m. EST**, at the U.S. Courthouse, 35 West Fifth Street, Third Floor Magistrate Judge's Courtroom, Covington, Kentucky.

Signed this 24th day of January, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2019\19-64-DLB order settg OA.docx