UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Civil Minutes - Oral Argument

**Cv. No. 19-CV-64-DLB-CJS**                                               **2/5/2020**

**Crosswater Canyon, Inc., et al. v. Allied World Assurance Company, Inc., et al**

PRESENT:     **CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Lynn Voskuhl**         **KYED-COV   2-19-cv-64-DLB-CJS  20200205_101944**
Deputy Clerk             Audio File Number

I, Lynn Voskuhl, CERTIFY the official record of this proceeding is an audio file.

| **Plaintiffs** | **Attorneys** |
|---|---|
| Crosswater Canyon, Inc. | Amanda Stubblefield |
| Ark Encounter, LLC | Pamela M. Hodge |
|  | Steven C. Coffaro |

| **Defendants** | **Attorneys** |
|---|---|
| Allied World Assurance Company, Inc. | Cheryl L. Mondi |
| Certain Underwriters at Lloyd's | Edward M. O'Brien |
| HDI Global Specialty SE | |
| Blackboard Specialty Insurance Company | |
| General Security Indemnity Company of Arizona | |

**PROCEEDINGS:  ORAL ARGUMENT**

     On February 5, 2020, this case was called for Oral Argument on Defendant Allied World Assurance Company, Inc.'s Motion to Bifurcate, with all other Defendants having joined in that Motion. (R. 21; R. 24). After hearing argument from counsel on the Motion, the Motion was taken under advisement pending entry of a written Order ruling on the Motion.

cc: COR
Deputy Clerk Init. **LV**
TIC: 1hr. 1 min.

J:\DATA\Orders\civil cov\2019\19-64-DLB oral argument 2-5-20.docx