## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC. and ARK ENCOUNTER, LLC<br><br>       Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) Inc., et al.<br><br>       Defendants. | Civil Action No. 2:19-cv-64-DLB-CJS<br><br><br>**AGREED ORDER<br>AMENDING DEADLINES AND CASE<br>SCHEDULE IN SCHEDULING ORDER** |

  Plaintiffs Crosswater Canyon, Inc. and Ark Encounter, LLC (collectively, "Plaintiffs"), by and through counsel, and Defendants Allied World Assurance Company (U.S.) Inc., Certain Underwriters at Lloyd's, HDI Global Specialty SE, Blackboard Specialty Insurance Company, and General Security Indemnity Company of Arizona (collectively, "Defendants"), by and through counsel, and pursuant to LR 7.1(b), hereby stipulate and agree:

  1. Based on the current status of discovery and recent developments in this case, including the denial of Defendants' Motions to Bifurcate and Stay Discovery (*See* Docs. # 21, 24, and 31), Plaintiffs and Defendants agree that the Court's August 21, 2019 Scheduling Order (Doc. # 17) should be amended as follows:

    a. <u>Rule 26(a)(2) Expert Witness Disclosures and Reports</u> –
      Deadline for Plaintiffs – on or before June 4, 2020
      Deadline for Defendants – on or before August 3, 2020

    b. <u>Fact Discovery</u> – on or before September 2, 2020

    c. <u>Expert Discovery</u> – on or before October 8, 2020

    d. <u>Status Report</u> – on or before October 8, 2020 (close of discovery)

    e. <u>Dispositive or *Daubert* Motions</u> – on or before October 22, 2020

1

2. Plaintiffs and Defendants having so agreed, the parties respectfully request that the Court enter this Agreed Order.

**HAVE SEEN AND AGREED TO:**

/s/ *Amanda B. Stubblefield*
Steven C. Coffaro (KBA No. 86202)
Amanda B. Stubblefield (KBA No. 96213)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone: 513-579-6400
Fax: 513-579-6457
steve.coffaro@kmklaw.com
astubblefield@kmklaw.com

*Attorneys for Plaintiffs, Crosswater Canyon, Inc. and Ark Encounter, LLC*

/s/ *Edward M. O'Brien*
James M. Burd
Edward M. O'Brien
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com

*Attorneys for Defendants, Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., and General Security Indemnity Company of Arizona*

/s/ *Cheryl L. Mondi*
Peter E. Kanaris (*pro hac vice*)
Cheryl L. Mondi (*pro hac vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3630
Fax: 312-704-3001
PKanaris@hinshawlaw.com
CMondi@hinshawlaw.com

and

Vincent P. Antaki
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH  45202
Telephone: 513-455-4031
Fax: 513-721-2553
vantaki@reminger.com

*Attorneys for Defendant, Allied World Assurance Company (U.S.) Inc.*

**SO ORDERED** this 24th day of February, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge