UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-64-DLB-CJS

CROSSWATER CANYON, INC., et al.                                              PLAINTIFFS

v.                                            ORDER

ALLIED WORLD ASSURANCE COMPANY (U.S.) Inc., et al.         DEFENDANTS

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the presiding Magistrate Judge's Order (Doc. # 31) finding that Defendants' Motion to Bifurcate is denied. Defendant Allied World Assurance Company (U.S.) Inc. having filed timely Objections to the Order (Doc. # 34), and the Court having reviewed the Order and the Objections, the Court finds that a written response to the Objections would be helpful in adjudicating this matter. Accordingly,

**IT IS ORDERED** that the Plaintiffs **shall file a written response** to the Objections (Doc. # 34) **within ten (10) days** of the date of entry of this Order.

This 28th day of February, 2020.

Signed By:
*David L. Bunning*  DB
United States District Judge