UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC. and ARK ENCOUNTER, LLC<br><br>Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) Inc., et al.<br><br>Defendants. | Civil Action No. 2:19-cv-64-DLB-CJS<br><br>**PROPOSED<br>AGREED ORDER AMENDING<br>DEADLINES AND CASE SCHEDULE** |

Plaintiffs Crosswater Canyon, Inc. and Ark Encounter, LLC (collectively, "Plaintiffs"), by and through counsel, and Defendants Allied World Assurance Company (U.S.) Inc., Certain Underwriters at Lloyd's, HDI Global Specialty SE, Blackboard Specialty Insurance Company, and General Security Indemnity Company of Arizona (collectively, "Defendants"), by and through counsel, and pursuant to LR 7.1(b), hereby stipulate and agree:

1. Due to the pending Objections to Magistrate Judge Smith's Order Denying Defendants' Motion to Bifurcate and Stay Discovery filed by Defendant Allied World Assurance Company (U.S.) Inc. (Docs. # 31, 34, and 39), the current status of discovery, and the parties' intentions to engage in good-faith settlement negotiations and schedule a private mediation in either June or July, Plaintiffs and Defendants agree that the February 24, 2020 Agreed Order Amending Deadlines and Case Schedule (Doc. # 33) should be further amended as follows:

   a. <u>Rule 26(a)(2) Expert Witness Disclosures and Reports</u> –
      Deadline for Plaintiffs – on or before August 6, 2020
      Deadline for Defendants – on or before October 5, 2020

   b. <u>Fact Discovery</u> – on or before October 30, 2020

   c. <u>Expert Discovery</u> – on or before December 7, 2020

   d. <u>Status Report</u> – on or before December 7, 2020 (close of discovery)

1

    e.  Dispositive or *Daubert* Motions – on or before December 19, 2020

  2.  Plaintiffs and Defendants having so agreed, the parties respectfully request that the Court enter this Agreed Order.

**HAVE SEEN AND AGREED TO:**

| | |
|---|---|
| /s/ Amanda B. Stubblefield<br>Steven C. Coffaro (KBA No. 86202)<br>Amanda B. Stubblefield (KBA No. 96213)<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH  45202<br>Telephone: 513-579-6400<br>Fax: 513-579-6457<br>steve.coffaro@kmklaw.com<br>astubblefield@kmklaw.com<br><br>*Attorneys for Plaintiffs, Crosswater Canyon, Inc. and Ark Encounter, LLC* | /s/ Cheryl L. Mondi<br>Peter E. Kanaris (*pro hac vice*)<br>Cheryl L. Mondi (*pro hac vice*)<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Telephone: 312-704-3630<br>Fax: 312-704-3001<br>PKanaris@hinshawlaw.com<br>CMondi@hinshawlaw.com<br><br>and<br><br>Vincent P. Antaki<br>REMINGER CO., LPA<br>525 Vine Street, Suite 1500<br>Cincinnati, OH  45202<br>Telephone: 513-455-4031<br>Fax: 513-721-2553<br>vantaki@reminger.com<br><br>*Attorneys for Defendant, Allied World Assurance Company (U.S.) Inc.* |
| /s/ Edward M. O'Brien<br>James M. Burd<br>Edward M. O'Brien<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>100 Mallard Creek Road, Suite 250<br>Louisville, KY 40207<br>Telephone: 502-238-8500<br>james.burd@wilsonelser.com<br>edward.obrien@wilsonelser.com<br><br>*Attorneys for Defendants, Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., & General Security Indemnity Company of Ariz.* | |

  **SO ORDERED** this _____ day of _____, 2020.