UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC. and ARK ENCOUNTER, LLC<br><br>Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) Inc., et al.<br><br>Defendants. | Civil Action No. 2:19-cv-64-DLB-CJS<br><br><br>AGREED ORDER AMENDING DEADLINES AND CASE SCHEDULE |

Plaintiffs Crosswater Canyon, Inc. and Ark Encounter, LLC (collectively, "Plaintiffs"), by and through counsel, and Defendants Allied World Assurance Company (U.S.) Inc., Certain Underwriters at Lloyd's, HDI Global Specialty SE, Blackboard Specialty Insurance Company, and General Security Indemnity Company of Arizona (collectively, "Defendants"), by and through counsel, and pursuant to LR 7.1(b), hereby stipulate and agree:

1.  Due to the pending Objections to Magistrate Judge Smith's Order Denying Defendants' Motion to Bifurcate and Stay Discovery filed by Defendant Allied World Assurance Company (U.S.) Inc. (Docs. # 31, 34, and 39), the current status of discovery, and the parties' intentions to engage in good-faith settlement negotiations and schedule a private mediation in either June or July, Plaintiffs and Defendants agree that the February 24, 2020 Agreed Order Amending Deadlines and Case Schedule (Doc. # 33) should be further amended as follows:

    a.  Rule 26(a)(2) Expert Witness Disclosures and Reports –
        Deadline for Plaintiffs – on or before August 6, 2020
        Deadline for Defendants – on or before October 5, 2020

    b.  Fact Discovery – on or before October 30, 2020

    c.  Expert Discovery – on or before December 7, 2020

    d.  Status Report – on or before December 7, 2020 (close of discovery)

1

      e.    <u>Dispositive or *Daubert* Motions</u> – on or before December 19, 2020

2.    Plaintiffs and Defendants having so agreed, the parties respectfully request that the Court enter this Agreed Order (R. 40).

**HAVE SEEN AND AGREED TO:**

| | |
|---|---|
| /s/ Amanda B. Stubblefield | /s/ Cheryl L. Mondi |
| Steven C. Coffaro (KBA No. 86202) | Peter E. Kanaris (*pro hac vice*) |
| Amanda B. Stubblefield (KBA No. 96213) | Cheryl L. Mondi (*pro hac vice*) |
| KEATING MUETHING & KLEKAMP PLL | HINSHAW & CULBERTSON LLP |
| One East Fourth Street, Suite 1400 | 151 North Franklin Street, Suite 2500 |
| Cincinnati, OH 45202 | Chicago, IL 60606 |
| Telephone: 513-579-6400 | Telephone: 312-704-3630 |
| Fax: 513-579-6457 | Fax: 312-704-3001 |
| steve.coffaro@kmklaw.com | PKanaris@hinshawlaw.com |
| astubblefield@kmklaw.com | CMondi@hinshawlaw.com |

*Attorneys for Plaintiffs, Crosswater Canyon, Inc. and Ark Encounter, LLC*

and

Vincent P. Antaki
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
Telephone: 513-455-4031
Fax: 513-721-2553
vantaki@reminger.com

*Attorneys for Defendant, Allied World Assurance Company (U.S.) Inc.*

/s/ Edward M. O'Brien
James M. Burd
Edward M. O'Brien
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com

*Attorneys for Defendants, Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., & General Security Indemnity Company of Ariz.*

**SO ORDERED** this 8th day of June, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge