## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### AT COVINGTON

| | |
|---|---|
| CROSSWATER CANYON, INC.<br>and ARK ENCOUNTER, LLC<br><br>                              Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY<br>(U.S.) Inc., et al.<br><br>                              Defendants. | **Civil Action No. 2:19-cv-64-DLB-CJS**<br><br><br>**<u>JOINT NOTICE OF SETTLEMENT</u>** |

Plaintiffs Crosswater Canyon, Inc. and Ark Encounter, LLC (collectively, "Plaintiffs"), by and through counsel, and Defendants Allied World Assurance Company (U.S.) Inc., Certain Underwriters at Lloyd's, HDI Global Specialty SE, Blackboard Specialty Insurance Company, and General Security Indemnity Company of Arizona (collectively, "Defendants"), by and through counsel, hereby notify the Court that the parties have settled this case.  The parties intend to submit an Agreed Order of Dismissal within 45 days.

Respectfully submitted,

 /s/ Amanda B. Stubblefield
Steven C. Coffaro (KBA No. 86202)
Amanda B. Stubblefield (KBA No. 96213)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone: 513-579-6400
Fax: 513-579-6457
steve.coffaro@kmklaw.com
astubblefield@kmklaw.com

*Attorneys for Plaintiffs, Crosswater Canyon,
Inc. and Ark Encounter, LLC*

 /s/ Edward M. O'Brien
James M. Burd
Edward M. O'Brien
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com

*Attorneys for Defendants, Certain
Underwriters at Lloyd's, Global Specialty SE,
Blackboard Specialty Insurance Co., &
General Security Indemnity Company of Ariz.*

 /s/ Cheryl L. Mondi
Peter E. Kanaris (*pro hac vice*)
Cheryl L. Mondi (*pro hac vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3630
Fax: 312-704-3001
PKanaris@hinshawlaw.com
CMondi@hinshawlaw.com

and

Vincent P. Antaki
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH  45202
Telephone: 513-455-4031
Fax: 513-721-2553
vantaki@reminger.com

*Attorneys for Defendant, Allied World
Assurance Company (U.S.) Inc.*

10220346.1