UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-64-DLB-CJS

CROSSWATER CANYON, INC.                                                                                       PLAINTIFF

v.                                                              **ORDER**

ARK ENCOUNTER, LLC, et al.                                                                                  DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Notice of Settlement, wherein they inform that they have settled the case and will be filing an agreed order of dismissal within 45 days. (R. 43). Being sufficiently advised,

**IT IS ORDERED** that the parties shall file a proposed agreed order of dismissal of this action for the presiding District Judge's review within 45 days following the filing of their Joint Notice of Settlement, i.e, by **Tuesday, October 13, 2020** (the forty-fifth day being a Sunday, followed by a federal holiday).

Dated this 1st day of September, 2020.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2019\19-64-DLB AOD order.docx