Eastern District of Kentucky
**FILED**

OCT 21 2020

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

| | |
|---|---|
| CROSSWATER CANYON, INC.<br>and ARK ENCOUNTER, LLC<br><br>                Plaintiffs,<br><br>-v-<br><br>ALLIED WORLD ASSURANCE COMPANY<br>(U.S.) Inc., et al.<br><br>                Defendants. | Civil Action No. 2:19-cv-64-DLB-CJS<br><br>**AGREED ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Crosswater Canyon, Inc. and Ark Encounter, LLC (collectively, "Plaintiffs") and Defendants Allied World Assurance Company (U.S.) Inc., Certain Underwriters at Lloyd's, HDI Global Specialty SE, Blackboard Specialty Insurance Company, and General Security Indemnity Company of Arizona (collectively, "Defendants"), having fully and finally settled all matters between them and having entered into a binding confidential Settlement Agreement and Release, dated on or about October 7, 2020, hereby submit this proposed Agreed Order of Dismissal.

The Court having been advised that the above-referenced matter has been resolved in its entirety, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorneys' fees. The parties' respective obligations under the terms of the Settlement Agreement and Release are hereby incorporated and made part of this Order, and the Court shall retain jurisdiction over this matter to ensure completion of the parties' settlement obligations and to enforce the terms of the Settlement Agreement and Release.

SO ORDERED.

This 21st day of October, 2020.

Signed By:
David L. Bunning
United States District Judge

JUDGE DAVID L. BUNNING

**HAVE SEEN AND AGREED TO:**

/s/ Amanda B. Stubblefield
Steven C. Coffaro (KBA No. 86202)
Amanda B. Stubblefield (KBA No. 96213)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513-579-6400
Fax: 513-579-6457
steve.coffaro@kmklaw.com
astubblefield@kmklaw.com

*Attorneys for Plaintiffs, Crosswater Canyon, Inc. and Ark Encounter, LLC*

/s/ Edward M. O'Brien
James M. Burd
Edward M. O'Brien
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
Telephone: 502-238-8500
james.burd@wilsonelser.com
edward.obrien@wilsonelser.com

*Attorneys for Defendants, Certain Underwriters at Lloyd's, Global Specialty SE, Blackboard Specialty Insurance Co., & General Security Indemnity Company of Ariz.*

/s/ Cheryl L. Mondi
Peter E. Kanaris (*pro hac vice*)
Cheryl L. Mondi (*pro hac vice*)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3630
Fax: 312-704-3001
PKanaris@hinshawlaw.com
CMondi@hinshawlaw.com

and

Vincent P. Antaki
REMINGER CO., LPA
525 Vine Street, Suite 1500
Cincinnati, OH 45202
Telephone: 513-455-4031
Fax: 513-721-2553
vantaki@reminger.com

*Attorneys for Defendant, Allied World Assurance Company (U.S.) Inc.*

10338491.1